MARGARET SAAD, Appellant, v. NEW YORK LIFE INSURANCE COMPANY, Respondent.

*Insurance — action to recover upon policy of life insurance — defense of fraudulent misrepresentation in application.*

Saad v. N. Y. Life Ins. Co., 201 App. Div. 544, affirmed.
(Argued January 31, 1923; decided February 27, 1923.)

· APPEAL from a judgment, entered July 11, 1922, upon an order of the Appellate Division of the Supreme Court in the first judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directed a dismissal of the complaint. The action was upon a policy of life insurance. The defense was alleged fraudulent misrepresentations in the application for the policy.

*Arthur J. Brothers* for appellant.
*Louis H. Cooke* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.